IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED
JUN 2 5 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EUNICE GRIEST | § | |
| | § | |
| VS. | § | MISCELLANEOUS NO. B-02-014 |
| GALE A. NORTON, SECRETARY, | § | |
| DEPARTMENT OF THE INTERIOR | § | |
| (FISH AND WILDLIFE SERVICE) AGENCY | § | |

### ORDER

Pending before the court is an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. According to the application, Plaintiff's income from Social Security and a federal annuity is $2,052.91 per month. Fully conscious of the policy that access to the courts should not be denied because of indigence, the court finds that Plaintiff is not indigent.

IT IS THEREFORE **ORDERED** that Plaintiff's application to proceed in forma pauperis be **DENIED**.

DONE at Brownsville, Texas, this 25th day of June, 2002.

John Wm. Black
United States Magistrate Judge